ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 2 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| GLOBE PRODUCTS CO., INC., | § |
| Plaintiff, | § |
| vs. | §   Civil No. 3-05CV-1775L |
| DONALD E. SAVARD COMPANY, | § |
| Defendant. | § |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff Globe Products Co., Inc. files this Original Complaint against Defendant Donald E. Savard Company and alleges as follows:

### I.

### PARTIES

1. Plaintiff Globe Products Co., Inc. ("Globe Products") is a Texas corporation with its principal place of business in Ennis, Ellis County, Texas.

2. Defendant Donald E. Savard Company ("Savard") is a California corporation with its principal place of business in San Gabriel, California. Savard may be served by serving its agent for service of process, Simon Malak, 418 South Pine Street, San Gabriel, California 91776.

### II.

### JURISDICTION AND VENUE

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. section 1332(a)(1) because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and

costs, and is between citizens of different States.

4. Venue is proper in this Court pursuant to 28 U.S.C. section 1391(a)(2).

5. This Court has personal jurisdiction over Savard because it has sufficient minimum contacts with Texas and does business in this State.

## III.

## FACTUAL BACKGROUND

6. Globe Products is a family-owned, Texas-based company that has been manufacturing ferrules since 1981. A ferrule is a connector that couples a hose to hose barb. An example of a ferrule is the metal ring which is crimped to hold the eraser in place on pencils.

7. Over the years, Savard has ordered millions of ferrules from Globe Products. Beginning earlier this year, Savard ordered and accepted delivery of ferrules but failed to pay for them. Specifically, the following purchase orders and invoices remain unpaid:

| | | |
|---|---|---|
| Purchase Order #26785 | April 11, 2005 | |
| Invoice #5333 | May 4, 2005 | $5,666.10 |
| | | |
| Purchase Order #26784 | April 11, 2005 | |
| Invoice #5733 | May 26, 2005 | $24,927.95 |
| | | |
| Purchase Order #26926 | June 3, 2005 | |
| Invoice #6107 | June 16, 2005 | $8,332.50 |
| | | |
| Purchase Order #27000 | June 17, 2005 | |
| Invoice #6203 | June 22, 2005 | $9,999.00 |
| | | |
| Purchase Order #26873 | May 9, 2005 | |
| Invoice #6323 | June 28, 2005 | $6,953.20 |
| Invoice #6478 | July 7, 2005 | $20,300.70 |

8. As a result of Savard's failure to pay the outstanding invoices, Savard owes Globe Products the amount of $76,179.45, plus interest and attorneys' fees.

9. All conditions precedent to recovery have occurred.

## IV.

## CAUSES OF ACTION

### COUNT ONE: BREACH OF CONTRACT

10. Globe Products repeats and realleges the allegations in paragraph 1-9.

11. As described above, Savard has ordered and accepted goods from Globe Products.

12. Savard has breached its obligations to Globe Products by failing to pay the outstanding invoices.

13. As a direct result of Savard's breach, Globe Products has suffered actual damages in the amount of $76,179.45.

14. As a result of Savard's actions, Globe Products has been required to retain the undersigned counsel to prosecute this action. Accordingly, Globe Products seeks recovery of its reasonable attorneys' fees in addition to its actual damages.

## V.

## REQUEST FOR RELIEF

WHEREFORE Globe Products Co., Inc. respectfully requests that this Court:

A. Enter judgment against Savard in the amount of $76,179.45;

B. Award Globe Products pre-judgment and post-judgment interest at the highest rates allowed by law;

C. Award Globe Products reasonable attorneys' fees and costs; and

D. Grant Globe Products such other and relief to which it may be entitled.

Respectfully submitted, this 2nd day of September, 2005,

**ARNETT GAUBERT, LLP**

By: _____
Jamil N. Alibhai
State Bar No. 00793248

4650 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone:   (214) 760-0900
Telecopy:    (214) 760-0905

**ATTORNEYS FOR PLAINTIFF
GLOBE PRODUCTS CO., INC.**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
GLOBE PRODUCTS CO., INC.

**DEFENDANTS**
DONALD E. SAVARD COMPANY

**3-05CV-1775L**

(b) County of Residence of First Listed Plaintiff: **Ellis County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Los Angeles County**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

**SEP - 2 2005**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

(c) Attorney's (Firm Name, Address, and Telephone Number):
Jamil N. Alibhai, Arnett Gaubert, 2001 Ross Ave., Ste. 4650, Dallas, Texas 75201 (214)760-0900

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☒ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**28 U.S.C. § 1332**

Brief description of cause:
**Breach of Contract**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions) JUDGE _____ DOCKET NUMBER _____

DATE: **9/2/2005**
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____